UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| NEW YORK, *et al.*,<br><br>   *Plaintiffs-Appellees*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>   *Defendants-Appellants*. | No. 19-4254(L)<br>(and consolidated cases) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

  Notice is hereby given that *amicus curiae* the Institute for Policy Integrity at the New York University School of Law (Policy Integrity) respectfully substitutes Jack Lienke as lead counsel of record in place of Richard L. Revesz. Please withdraw the appearance of Richard L. Revesz and enter the appearance of Jack Lienke as lead counsel in the above-captioned matter and the cases consolidated with it.

Dated:  November 23, 2022

                      Respectfully submitted,

                      s/ Jack Lienke
                      Jack Lienke
                      Institute for Policy Integrity
                      NYU School of Law
                      139 MacDougal Street
                      New York, NY 10012
                      jack.lienke@nyu.edu