IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br>    Plaintiffs-Appellees, <br><br>PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., et al., <br><br>    Consolidated-Plaintiffs-Appellees, <br><br>v. <br><br>U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, et al., <br><br>    Defendants-Appellants, <br><br>DR. REGINA FROST, et al., <br><br>    Intervenor-Defendants-Appellants, <br><br>MELANIE FONTES RAINER,[1] et al., <br><br>    Consolidated-Defendants-Appellants. | Nos. 19-4254, 20-31, 20-32, 20-41 |

**JOINT STIPULATION TO DISMISS CONSOLIDATED APPEALS WITHOUT PREJUDICE TO REINSTATEMENT**

Pursuant to Federal Rule of Appellate Procedure 42(b)(1) and Local Rule 42.1, the parties hereby stipulate that these consolidated appeals are dismissed without

---

[1] Melanie Fontes Rainer, the current Director of HHS's Office for Civil Rights, has been automatically substituted as a defendant pursuant to Federal Rule of Appellate Procedure 43(c)(2).

prejudice to any party's ability to reinstate one or more of the appeals within 60 days after HHS completes the process of revisiting the rule entitled Protecting Statutory Conscience Rights in Health Care, 84 Fed. Reg. 23,170 (May 21, 2019). Each party will bear its own costs.

                                          Respectfully submitted,

                                          [signatures on additional pages]

Dated: December 7, 2022

MICHAEL RAAB
LOWELL V. STURGILL

*/s/ Sarah Carroll*
SARAH CARROLL
LEIF OVERVOLD
Attorneys, Appellate Staff
Civil Division, Room 7511
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
(202) 514-4027
sarah.w.carroll@usdoj.gov

*Counsel for Defendants-Appellants and Consolidated-Defendants-Appellants*

Dated: December 7, 2022                    Respectfully submitted,

_____

Daniel Nowicki
GIBSON, DUNN & CRUTCHER LLP
333 S. Grand Ave.
Los Angeles, California 90071
Telephone: 213.229.7040
Facsimile: 213.229.6040

*Attorneys for Defendants-Intervenors*
*DR. REGINA FROST AND*
*CHRISTIAN MEDICAL AND DENTAL*
*ASSOCIATIONS*

Dated: December 7, 2022

By: _____

ESTER MURDUKHAYEVA
*Deputy Solicitor General*

Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Tel.: (212) 416-6279

*Attorney for Governmental Plaintiffs-Appellees*

Dated: December 7, 2022

| | |
|---|---|
| NEW YORK CIVIL LIBERTIES UNION<br>Christopher Thomas Dunn<br>125 Broad Street<br>New York, NY 10004<br>212-607-3300<br>cdunn@nyclu.org | AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>Alexa Kolbi-Molinas<br>Lindsey Kaley<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>212-519-7845<br>212-519-7823<br>akolbi-molinas@aclu.org<br>lkaley@aclu.org<br><br>Daniel Mach<br>915 15th Street NW<br>Washington, DC 20005<br>202-548-6604<br>dmach@aclu.org |

*Counsel for Plaintiffs-Appellees National Family Planning and Reproductive Health Association and Public Health Solutions, Inc.*

Dated: December 7, 2022

PLANNED PARENTHOOD
FEDERATION OF AMERICA,
INC.
Diana O. Salgado
1110 Vermont Ave., NW, Ste. 300
Washington, D.C. 20005
202-973-4800
diana.salgado@ppfa.org

NATIONAL WOMEN'S LAW
CENTER
Michelle Banker
11 Dupont Circle, NW, Suite 800
Washington, DC 20036
202-588-5180
mbanker@nwlc.org

COVINGTON & BURLING LLP
David M. Zionts
One CityCenter
850 Tenth St., N.W.
Washington, DC 20001-4956
(202) 662-6000
dzionts@cov.com

*Counsel for Plaintiffs-Appellees Planned Parenthood Federation of America, Inc. & Planned Parenthood of Northern New England, Inc.*