UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 19-4254

**Caption [use short title]**

**Motion for:** Pro Hac Vice Admission

Set forth below precise, complete statement of relief sought:

Motion for pro hac vice admission on behalf of Plaintiff the Commonwealth of Pennsylvania

State of New York, et al v. U.S. Dept. of HHS

**MOVING PARTY:** Commonwealth of Pennsylvania
**OPPOSING PARTY:** U.S. Department of Health and Human Services

☑ Plaintiff
☐ Defendant
☐ Appellant/Petitioner
☐ Appellee/Respondent

**MOVING ATTORNEY:** Molly Pohlhaus
**OPPOSING ATTORNEY:** Leif Overvold

[name of attorney, with firm, address, phone number and e-mail]

Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor, Harrisburg, PA 17120
717-265-9107; mpohlhaus@attorneygeneral.gov

U.S. Dept. of Justice, Civil Division Federal Programs Branch
1100 L Street, NW, Washington, DC 20005
202-532-4631; leif.overvold2@usdoj.gov

**Court- Judge/ Agency appealed from:** The Honorable Paul A. Engelmayer

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:_____

**Signature of Moving Attorney:**
/s/ Molly Pohlhaus   **Date:** 3/28/2023   **Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

No. 19-4254

STATE OF NEW YORK, et al.,

*Plaintiffs-Appellants*,

v.

UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES, et al.,

*Defendants-Appellees*.

Appeal from the United States District Court
for the Southern District of New York
No. 1:19-cv-04676
Honorable Paul A. Engelmayer

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 46.1(d)(3) of the United States Court of Appeals for the Second Circuit, I, Molly Pohlhaus, hereby moves this court for an Order for admission Pro Hac Vice to appear as counsel for the Commonwealth of Pennsylvania, a co-plaintiff in the above-captioned matter. Pursuant to Pennsylvania law, the Pennsylvania Office of Attorney General represents the Commonwealth of Pennsylvania in legal actions and therefore, according to Pennsylvania law, must represent the Commonwealth of Pennsylvania in this matter. See 71 Pa. Stat. Ann. § 732-204(c).

I certify that I am a member in good standing of the bar of the Commonwealth of Pennsylvania and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been disbarred or denied admission or re-admission by any court. I have attached the Motion Information Statement, Form T-1080.

Dated: March 28, 2023

Respectfully submitted,

MICHELLE HENRY
Acting Attorney General of the
Commonwealth of Pennsylvania

By: /s/ *Molly Pohlhaus*
MOLLY POHLHAUS
Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
(717) 265-9107
mpohlhaus@attorneygeneral.gov

## **CERTIFICATE OF SERVICE**

I, Molly Pohlhaus, hereby certify that on March 28, 2023, I caused a copy of the foregoing to be electronically filed and served via the CM/ECF filing system. All participants in the case who are registered CM/ECF users will be served via the CM/ECF system.

    */s/ Molly Pohlhaus*
    Molly Pohlhaus
    Deputy Attorney General

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

No. 19-4254

STATE OF NEW YORK, et al.,

*Plaintiffs-Appellants*,

v.

UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES, et al.,

*Defendants-Appellees*.

Appeal from the United States District Court
for the Southern District of New York
No. 1:19-cv-04676
Honorable Paul A. Engelmayer

## **NOTICE OF SUBSTITUTION OF COUNSEL**

Please take notice of the following substitution of counsel for Petitioner, the Commonwealth of Pennsylvania. Amber J. Sizemore hereby withdraws as counsel of record for the Commonwealth of Pennsylvania, to be substituted by the following lead counsel:

> Molly Pohlhaus
> Deputy Attorney General
> Pennsylvania Office of Attorney General
> Strawberry Square, 14th Floor
> Harrisburg, PA 17120
> (717) 265-9107
> mpohlhaus@attorneygeneral.gov

The reason for this substitution is that Ms. Sizemore is departing from the Pennsylvania Office of Attorney General. Kindly remove Ms. Sizemore from the docket and cease notifications to her for filings in this matter.

Dated: March 28, 2023            Respectfully submitted,

*Molly Pohlhaus*

MOLLY POHLHAUS *(pro hac vice)*
Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
(717) 265-9107
mpohlhaus@attorneygeneral.gov

## **CERTIFICATE OF SERVICE**

I, Molly Pohlhaus, hereby certify that on March 28,2023, I caused a copy of the foregoing to be electronically filed and served via the CM/ECF filing system. All participants in the case who are registered CM/ECF users will be served via the CM/ECF system.

*Molly Pohlhaus*

MOLLY POHLHAUS
Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
(717) 265-9107
mpohlhaus@attorneygeneral.gov