# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of April, two thousand twenty-three.

Before:      Joseph F. Bianco,
                *Circuit Judge.*

_____

State of New York, City of New York, State of Colorado, State of Connecticut, State of Delaware, District of Columbia, State of Hawaii, State of Illinois, State of Maryland, Commonwealth of Massachusetts, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of Oregon, Commonwealth of Pennsylvania, State of Rhode Island, State of Vermont, Commonwealth of Virginia, State of Wisconsin, City of Chicago, Cook County, Illinois,

    Plaintiffs-Appellees,

Planned Parenthood Federation of America, Inc., Planned Parenthood of Northern New England, Inc., National Family Planning and Reproductive Health Association, Public Health Solutions, Inc.,

    Consolidated-Plaintiffs-Appellees,

v.

United States Department of Health and Human Services, Alex M. Azar, II, in his official capacity as Secretary of the United States Department of Health and Human Services, United States of America,

    Defendants-Appellants,

**ORDER**

Docket Nos. 19-4254(L), 20-31(Con), 20-32(Con), 20-41(Con)

Dr. Regina Frost, Christian Medical and Dental Association,

    Intervenors-Defendants-Appellants,

Roger T. Severino, in his official capacity as Director, Office for Civil Rights, United States Department of Health and Human Services, and Office for Civil Rights, United States Department of Health and Human Services,

    Consolidated-Defendants-Appellants.

_____

    Molly Pohlhaus seeks to be admitted *pro hac vice* for the purpose of representing Appellee Commonwealth of Pennsylvania.

    IT IS HEREBY ORDERED that the motion is GRANTED. Counsel is directed to register as a Filing User under Local Rule 25.1 to file documents electronically in this case within three (3) days of the date of this order.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court