## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: State of New York v. Department of Health    Docket No.: 19-4254

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Molly Pohlhaus

Firm: Pennsylvania Office of Attorney General

Address: Strawberry Square, 14th Floor Harrisburg, PA 17120

Telephone: 717-265-9107    Fax: 717-787-1190

E-mail: mpohlhaus@attorneygeneral.gov

Appearance for: Commonwealth of Pennsylvania
(party/designation)

**Select One:**

[✔] Substitute counsel (replacing lead counsel: Amber Sizemore, Pennsylvania Office of Attorney General )
(name/firm)

[ ] Substitute counsel (replacing other counsel: )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____.

Signature of Counsel: *Molly Pohlhaus*

Type or Print Name: Molly Pohlhaus